UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | SCRIPEL, GREGORY WAYNE | § | Case No. 10-33201 |
|---|---|---|---|
| | SCRIPEL, SHERRY | § | |
| | | § | |
| Debtor(s) | | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 06/20/2013 in Courtroom 680, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/14/2013        By:    /s/Glenn R. Heyman
                                      Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: SCRIPEL, GREGORY WAYNE | § | Case No. 10-33201 |
|---|---|---|
| SCRIPEL, SHERRY | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 93,503.05 |
| *and approved disbursements of* | $ | 5,852.89 |
| *leaving a balance on hand of* [1] | $ | 87,650.16 |
| **Balance on hand:** | $ | 87,650.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 87,650.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 7,641.11 | 0.00 | 7,641.11 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 6,505.50 | 0.00 | 6,505.50 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 119.54 | 0.00 | 119.54 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd. | 1,008.00 | 0.00 | 1,008.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 15,274.15 |
| Remaining balance: | $ | 72,376.01 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 72,376.01

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 72,376.01

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 66,174.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Premier Credit Union | 17,682.73 | 0.00 | 17,682.73 |
| 2 | Roundup Funding, LLC | 5,141.36 | 0.00 | 5,141.36 |
| 3 | GE Money Bank | 844.40 | 0.00 | 844.40 |
| 4 | GE Money Bank | 3,654.15 | 0.00 | 3,654.15 |
| 5 | Systems & Services Technologies, Inc. | 38,851.62 | 0.00 | 38,851.62 |

Total to be paid for timely general unsecured claims: $ 66,174.26
Remaining balance: $ 6,201.75

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   6,201.75

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:   $   0.00
Remaining balance:   $   6,201.75

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $520.85. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 5,680.90.

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                           Case No. 10-33201-JPC
Gregory Wayne Scripel                                            Chapter 7
Sherry Scripel
        Debtors              **CERTIFICATE OF NOTICE**

District/off: 0752-1         User: vrowe              Page 1 of 3              Date Rcvd: May 15, 2013
                             Form ID: pdf006          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2013.
db         #+Gregory Wayne Scripel,   220 Bradley Ln,   Hoffman Estates, IL 60169-1818
jdb        #+Sherry Scripel,   220 Bradley Ln,   Hoffman Estates, IL 60169-1818
15903015    +Bank of America,   Attn: Bankruptcy Dept.,   450 American St,   Simi Valley, CA 93065-6285
15903027   ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
              Richmond, VA 23285)
15903014    +Capital ONE, N.A.,   Attn: Bankruptcy Dept.,   2730 Liberty Ave,   Pittsburgh, PA 15222-4704
15903023    +Citifinancial Retail Services,   Attn: Bankruptcy Dept.,   Po Box 22066,   Tempe, AZ 85285-2066
15903012    +Citizens Auto Finance,   Attn: Bankruptcy Dept.,   480 Jefferson Blvd,   Warwick, RI 02886-1359
15903019    +Equifax,   Attn: Bankruptcy Dept.,   PO Box 740241,   Atlanta, GA 30374-0241
15903020    +Experian,   Attn: Bankruptcy Dept.,   PO Box 2002,   Allen, TX 75013-2002
15903010    +Harris & Harris LTD,   Attn: Bankruptcy Dept.,   600 W Jackson Blvd Ste 4,
              Chicago, IL 60661-5675
15903033    +Lexington Health Care Centers,   Attn: Bankruptcy Dept.,   665 W. North Ave,
              Lombard, IL 60148-1134
15903030    +Lexington Health Care Centers,   C/O Royal Mgmt Corp,   665 W. North Ave #500,
              Lombard, IL 60148-1135
15903024    +Menards/Household Bank,   Attn: Bankruptcy Dept.,   90 Christiana Rd,   New Castle, DE 19720-3118
15903013    +Michelle Scripel,   881 Yosemite #4,   Roselle, IL 60172-1269
15903017    +Premier Credit Union,   Attn: Bankruptcy Dept.,   1212 W Northwest Hwy Ste,
              Palatine, IL 60067-1897
15903011    +SST Card Services,   Attn: Bankruptcy Dept.,   4315 Pickett Rd,   Saint Joseph, MO 64503-1600
15903028     Silverleaf Resorts,   Bankruptcy Department,   PO Box 358,   Dallas, TX 75221
17766027    +Systems & Services Technologies, Inc.,   4315 Pickett Rd,   St Joseph, MO 64503-1600
15903021    +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
15903032    +Uro Center LTD,   Attn: Bankruptcy Dept.,   9669 N. Kenton Ste 306,   Skokie, IL 60076-1226
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20416088     E-mail/PDF: rmscedi@recoverycorp.com May 16 2013 14:00:00     Capital Recovery V, LLC,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
15903025    +E-mail/PDF: gecsedi@recoverycorp.com May 16 2013 08:38:44     Care Credit/GEMB,
              Attn: Bankruptcy Dept.,   950 Forrer Blvd,   Kettering, OH 45420-1469
15903029    +E-mail/PDF: mrdiscen@discoverfinancial.com May 16 2013 08:33:04     Discover Financial Services,
              Bankruptcy Department,   PO Box 6103,   Carol Stream, IL 60197-6103
15903031    +E-mail/Text: iasher@eaglerecovery.net May 16 2013 07:54:47     Eagle Recovery,
              Attn: Bankruptcy Dept.,   424 S.W. Washington St 3,   Peoria, IL 61602-5147
17760867     E-mail/PDF: rmscedi@recoverycorp.com May 16 2013 08:25:44     GE Money Bank,
              c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
15903016    +E-mail/PDF: gecsedi@recoverycorp.com May 16 2013 14:00:00     QVC/GEMB,   Attn: Bankruptcy Dept.,
              Po Box 971402,   El Paso, TX 79997-1402
20416090     E-mail/PDF: rmscedi@recoverycorp.com May 16 2013 08:38:59
              Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
17510481     E-mail/Text: resurgentbknotifications@resurgent.com May 16 2013 07:35:44     Roundup Funding, LLC,
              MS 550,   PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Crane, Heyman, Simon, Welch & Clar
15903018*   +Premier Credit Union,   Attn: Bankruptcy Dept.,   1212 W Northwest Hwy Ste,
              Palatine, IL 60067-1897
15903022*   +Premier Credit Union,   Attn: Bankruptcy Dept.,   1212 W Northwest Hwy Ste,
              Palatine, IL 60067-1897
15903026*   +Premier Credit Union,   Attn: Bankruptcy Dept.,   1212 W Northwest Hwy Ste,
              Palatine, IL 60067-1897
                                                                                   TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: vrowe              Page 2 of 3              Date Rcvd: May 15, 2013
                              Form ID: pdf006          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 17, 2013**          **Signature:**    _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: vrowe               Page 3 of 3             Date Rcvd: May 15, 2013
                              Form ID: pdf006          Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2013 at the address(es) listed below:

```
              Andrew E Houha    on behalf of Creditor   Bank of America, N.A. andrew@johnsonblumberg.com,
               bkecfnotices@johnsonblumberg.com
              Glenn R Heyman    on behalf of Trustee Glenn R Heyman, ESQ gheyman@craneheyman.com,
               slydon@craneheyman.com;ecrane@craneheyman.com
              Glenn R Heyman, ESQ    gheyman@craneheyman.com,
               il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
              Glenn R Heyman, ESQ    on behalf of Trustee Glenn R Heyman, ESQ gheyman@craneheyman.com,
               il4a@ecfcbis.com;slydon@craneheyman.com;ecrane@craneheyman.com
              Jonathan D Parker    on behalf of Debtor Gregory Wayne Scripel ndil@geracilaw.com
              Jonathan D Parker    on behalf of Joint Debtor Sherry  Scripel ndil@geracilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Terri M Long    on behalf of Creditor   Systems & Services Technologies, Inc. Courts@tmlong.com
                                                                                              TOTAL: 8
```