# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: SCRIPEL, GREGORY WAYNE | § | Case No.  10-33201 |
| SCRIPEL, SHERRY | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $382,662.00 <br> *(without deducting any secured claims)* | Assets Exempt:  $132,829.00 |
| Total Distribution to Claimants:$66,695.11 | Claims Discharged <br> Without Payment: $30,939.00 |
| Total Expenses of Administration:$21,127.04 | |

3)  Total gross receipts of $      93,503.05    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $      5,680.90   (see **Exhibit 2**), yielded net receipts of  $87,822.15 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $292,147.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 21,127.04 | 21,127.04 | 21,127.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 93,506.00 | 66,695.11 | 66,695.11 | 66,695.11 |
| **TOTAL DISBURSEMENTS** | $385,653.00 | $87,822.15 | $87,822.15 | $87,822.15 |

4)  This case was originally filed under Chapter 7 on July 27, 2010. The case was pending for 36 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __08/15/2013_____    By: _/s/GLENN R. HEYMAN_____

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vacant lot-106 Tully Rd Braidwood,IL | 1110-000 | 25,162.22 |
| Settlement on PI Claim | 1241-000 | 68,340.15 |
| Interest Income | 1270-000 | 0.68 |
| **TOTAL GROSS RECEIPTS** | | **$93,503.05** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Gregory Wayne Scripel & Sherry Scripel | Dividend paid 100.00% on $5,680.90; Claim# SURPLUS; Filed: $5,680.90; Reference: 8200-002 | | 5,680.90 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$5,680.90** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 4110-000 | 232,648.00 | N/A | N/A | 0.00 |
| NOTFILED | Silverleaf Resorts | 4110-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | SST Card Services | 4210-000 | 45,695.00 | N/A | N/A | 0.00 |
| NOTFILED | Citizens Auto Finance | 4210-000 | 8,804.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$292,147.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 7,641.11 | 7,641.11 | 7,641.11 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 6,505.50 | 6,505.50 | 6,505.50 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 119.54 | 119.54 | 119.54 |
| Popowcer Katten, Ltd. | 3410-000 | N/A | 1,008.00 | 1,008.00 | 1,008.00 |
| Fidelity National Title Insurance Company | 3510-000 | N/A | 1,625.00 | 1,625.00 | 1,625.00 |
| Fidelity National Title Insurance Company | 2500-000 | N/A | 1,050.00 | 1,050.00 | 1,050.00 |
| Fidelity National Title Insurance Company | 2500-000 | N/A | 367.50 | 367.50 | 367.50 |
| Fidelity National Title Insurance Company | 2500-000 | N/A | 3.00 | 3.00 | 3.00 |
| Fidelity National Title Insurance Company | 2820-000 | N/A | 37.50 | 37.50 | 37.50 |
| Fidelity National Title Insurance Company | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| Fidelity National Title Insurance Company | 2820-000 | N/A | 323.20 | 323.20 | 323.20 |
| Fidelity National Title Insurance Company | 2820-000 | N/A | 479.71 | 479.71 | 479.71 |
| Fidelity National Title Insurance Company | 2500-000 | N/A | 150.00 | 150.00 | 150.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.54 | 26.54 | 26.54 |
| The Bank of New York Mellon | 2600-000 | N/A | 49.21 | 49.21 | 49.21 |
| The Bank of New York Mellon | 2600-000 | N/A | 46.13 | 46.13 | 46.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 52.66 | 52.66 | 52.66 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 35.43 | 35.43 | 35.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 50.14 | 50.14 | 50.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.34 | 53.34 | 53.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.49 | 53.49 | 53.49 |
| The Bank of New York Mellon | 2600-000 | CLAIMS SCHEDULED | 63.20 | 63.20 | 63.20 |
| The Bank of New York Mellon | 2600-000 | CLAIMS SCHEDULED | 57.22 | 57.22 | 57.22 |
| The Bank of New York Mellon | 2600-000 | N/A | 65.38 | 65.38 | 65.38 |
| The Bank of New York Mellon | 2600-000 | N/A | 65.17 | 65.17 | 65.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 141.43 | 141.43 | 141.43 |
| The Bank of New York Mellon | 2600-000 | N/A | 184.80 | 184.80 | 184.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 169.58 | 169.58 | 169.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 163.99 | 163.99 | 163.99 |
| Rabobank, N.A. | 2600-000 | N/A | 128.44 | 128.44 | 128.44 |

**UST Form 101-7-TDR (10/1/2010)**

| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 70.72 | 70.72 | 70.72 |
| Rabobank, N.A. | 2600-000 | N/A | 118.08 | 118.08 | 118.08 |
| Rabobank, N.A. | 2600-000 | N/A | 122.03 | 122.03 | 122.03 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $21,127.04 | $21,127.04 | $21,127.04 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Premier Credit Union | 7100-000 | 6,500.00 | 17,682.73 | 17,682.73 | 17,682.73 |
| 1I | Premier Credit Union | 7990-000 | N/A | 139.18 | 139.18 | 139.18 |
| 2 | Roundup Funding, LLC | 7100-000 | 4,872.00 | 5,141.36 | 5,141.36 | 5,141.36 |
| 2I | Roundup Funding, LLC | 7990-000 | N/A | 40.47 | 40.47 | 40.47 |
| 3 | GE Money Bank | 7100-000 | 1,000.00 | 844.40 | 844.40 | 844.40 |
| 3I | GE Money Bank | 7990-000 | N/A | 6.65 | 6.65 | 6.65 |
| 4 | Capital Recovery V, LLC | 7100-000 | 4,500.00 | 3,654.15 | 3,654.15 | 3,654.15 |
| 4I | Capital Recovery V, LLC | 7990-000 | N/A | 28.76 | 28.76 | 28.76 |
| 5 | Systems & Services Technologies, Inc. | 7100-000 | 45,695.00 | 38,851.62 | 38,851.62 | 38,851.62 |
| 5I | Systems & Services Technologies, Inc. | 7990-000 | N/A | 305.79 | 305.79 | 305.79 |
| NOTFILED | Harris & Harris Ltd. | 7100-000 | 375.00 | N/A | N/A | 0.00 |

| NOTFILED | Lexington Health Care Centers | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lexington Health Care Centers | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Premier Credit Union | 7100-000 | 4,718.00 | N/A | N/A | 0.00 |
| NOTFILED | Menards/Household Bank | 7100-000 | 2,100.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Uro Center Ltd. | 7100-000 | 115.00 | N/A | N/A | 0.00 |
| NOTFILED | Premier Credit Union | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Eagle Recovery | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Premier Credit Union | 7100-000 | 5,481.00 | N/A | N/A | 0.00 |
| NOTFILED | Citifinancial Retail Services | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Discover Financial Services | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 8,500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $93,506.00 | $66,695.11 | $66,695.11 | $66,695.11 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-33201 | Trustee:    (330360)    GLENN R. HEYMAN |
| Case Name:    SCRIPEL, GREGORY WAYNE | Filed (f) or Converted (c):    07/27/10 (f) |
| SCRIPEL, SHERRY | §341(a) Meeting Date:    09/27/10 |
| Period Ending: 08/15/13 | Claims Bar Date:    09/20/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 220 Bradley Ln Hoffman Estates, IL | 223,000.00 | 0.00 | | 0.00 | FA |
| 2 | Vacant lot-106 Tully Rd Braidwood,IL | 20,000.00 | 20,000.00 | | 25,162.22 | FA |
| 3 | Premier Credit union saving account | 1.00 | 0.00 | | 0.00 | FA |
| 4 | Premier Credit Union checking account | 1.00 | 0.00 | | 0.00 | FA |
| 5 | Skyone Federal Checking account | 2,026.00 | 0.00 | | 0.00 | FA |
| 6 | Skyone Federal Credit union savings account | 3,005.00 | 0.00 | | 0.00 | FA |
| 7 | Household Goods and Furnishings | 2,500.00 | 33.00 | | 0.00 | FA |
| 8 | Books and Art Objects | 150.00 | 0.00 | | 0.00 | FA |
| 9 | Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 10 | Earrings, watch, costume jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Wedding ring set | 250.00 | 0.00 | | 0.00 | FA |
| 12 | Term life insurance | Unknown | Unknown | | 0.00 | FA |
| 13 | Pension Plans and Profit Sharing | 89,329.00 | 0.00 | | 0.00 | FA |
| 14 | Pending personal injury case | Unknown | Unknown | | 0.00 | FA |
| 15 | 2006 Jeep Liberty | 8,000.00 | 0.00 | | 0.00 | FA |
| 16 | 1999 Infinity QX4 | 2,400.00 | 0.00 | | 0.00 | FA |
| 17 | 2000 Oldsmobile Bravada | 1,500.00 | 0.00 | | 0.00 | FA |
| 18 | Boat -1995 newman Kountry aire Class A | 40,000.00 | 0.00 | | 0.00 | FA |
| 19 | Boat and trailer | 500.00 | 500.00 | | 0.00 | FA |
| 20 | Mopeds | 500.00 | 0.00 | | 0.00 | FA |
| 21 | Silverleaf Resorts Timeshare | 5,000.00 | 0.00 | | 0.00 | FA |
| 22 | Villages Resort TX timeshare | 4,200.00 | 4,200.00 | | 0.00 | FA |
| 23 | Settlement on PI Claim  (u) (See Footnote) | Unknown | Unknown | | 68,340.15 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.68 | FA |
| 24 | **Assets    Totals** (Excluding unknown values) | **$402,662.00** | **$24,733.00** | | **$93,503.05** | **$0.00** |

RE PROP# 23    Still collecting payments

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 10-33201 | **Trustee:**    (330360)    GLENN R. HEYMAN |
| **Case Name:**    SCRIPEL, GREGORY WAYNE | **Filed (f) or Converted (c):** 07/27/10 (f) |
|    SCRIPEL, SHERRY | **§341(a) Meeting Date:**    09/27/10 |
| **Period Ending:** 08/15/13 | **Claims Bar Date:**    09/20/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |

**Major Activities Affecting Case Closing:**

06-17-2011: 2004 Exam of debtors held, PI claim settled w/o Ttee knowledge, they will offer a settlement.  File initial report of assets. (dk)

12/30/2011: Receiving monthly payments of settlement; Ms. Scripel will also turn over monies from brokerage account that was funded with PI settlement.

12/31/2012: Monies received from brokerage account; will prepare taxes and review claims.

06/30/2013: Final Report filed and hearing held.  Dividends disbursed during this period; waiting for all checks to clear before filing a Final Account.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2012          **Current Projected Date Of Final Report (TFR):**    May 2, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-33201 |
| **Case Name:** | SCRIPEL, GREGORY WAYNE |
| | SCRIPEL, SHERRY |
| **Taxpayer ID #:** | **-***4325 |
| **Period Ending:** | 08/15/13 |

| | |
|---|---|
| **Trustee:** | GLENN R. HEYMAN (330360) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******42-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/10/11 | | Fidelity National Title Insurance Company | Sale of 106 Tully Road Wilmington IL | | 21,026.31 | | 21,026.31 |
| | {2} | | 25,000.00 | 1110-000 | | | 21,026.31 |
| | | | Broker's Commission            -1,625.00 | 3510-000 | | | 21,026.31 |
| | | | Title services and             -1,050.00<br>lender's title insurance | 2500-000 | | | 21,026.31 |
| | | | Closing Fees                    -367.50 | 2500-000 | | | 21,026.31 |
| | | | Gov't recording charges           -3.00 | 2500-000 | | | 21,026.31 |
| | | | Transfer taxes                  -37.50 | 2820-000 | | | 21,026.31 |
| | | | Associate dues                 -100.00 | 2500-000 | | | 21,026.31 |
| | | | 2nd Installment taxes to        -323.20<br>Will County Treasurer | 2820-000 | | | 21,026.31 |
| | | | County taxes                   -479.71<br>11/06-12/31/2011 | 2820-000 | | | 21,026.31 |
| | | | Additional closing fees         -150.00 | 2500-000 | | | 21,026.31 |
| | {2} | | Prepaid Assessment              162.22<br>sale of Tully Rd property | 1110-000 | | | 21,026.31 |
| 10/18/11 | {23} | Sherry Scripel | First payment of Debtor's settlement on PI claim | 1241-000 | 1,000.00 | | 22,026.31 |
| 10/31/11 | {23} | Sherry Scripel | Settlement payment on PI Claim | 1241-000 | 500.00 | | 22,526.31 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 22,526.43 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.54 | 22,499.89 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,500.07 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 49.21 | 22,450.86 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,451.04 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.13 | 22,404.91 |
| 01/03/12 | {23} | Sherry Scripel | Settlement Payment for November & December | 1241-000 | 2,000.00 | | 24,404.91 |
| 01/31/12 | {23} | Sherry Scripel | Payment for settlement | 1241-000 | 1,000.00 | | 25,404.91 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.20 | | 25,405.11 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 52.66 | 25,352.45 |
| 02/14/12 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #10-33201, Blanket Bond Payment Bond#016026455 | 2300-000 | | 35.43 | 25,317.02 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 50.14 | 25,266.88 |
| 03/06/12 | {23} | Sherry Scripel | Payment for settlement | 1241-000 | 1,000.00 | | 26,266.88 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.34 | 26,213.54 |

Subtotals :                        $26,526.99        $313.45

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-33201 | **Trustee:** GLENN R. HEYMAN (330360) |
| **Case Name:** SCRIPEL, GREGORY WAYNE | **Bank Name:** The Bank of New York Mellon |
| SCRIPEL, SHERRY | **Account:** 9200-******42-65 - Checking Account |
| **Taxpayer ID #:** **-***4325 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 08/15/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/04/12 | {23} | Sherry Scripel | Payment of settlement | 1241-000 | 1,000.00 | | 27,213.54 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.49 | 27,160.05 |
| 05/01/12 | {23} | Sherry Scripel | Payment of settlement | 1241-000 | 1,000.00 | | 28,160.05 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.20 | 28,096.85 |
| 06/05/12 | {23} | Sherry Scripel | Payment of settlement | 1241-000 | 1,000.00 | | 29,096.85 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 57.22 | 29,039.63 |
| 07/02/12 | {23} | Sherry Scripel | Payment of settlement | 1241-000 | 1,000.00 | | 30,039.63 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.38 | 29,974.25 |
| 08/03/12 | {23} | Sherry Scripel | Payment of settlement | 1241-000 | 1,000.00 | | 30,974.25 |
| 08/31/12 | {23} | Sherry Scripel | Payment of settlement (turnover of pension liquidation) | 1241-000 | 49,340.15 | | 80,314.40 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.17 | 80,249.23 |
| 09/06/12 | {23} | Sherry Scripel | Settlement payment | 1241-000 | 1,000.00 | | 81,249.23 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 141.43 | 81,107.80 |
| 10/01/12 | {23} | Sherry Scripel | Settlement payment | 1241-000 | 1,000.00 | | 82,107.80 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 184.80 | 81,923.00 |
| 11/02/12 | {23} | Sherry Scripel | Settlement payment | 1241-000 | 1,000.00 | | 82,923.00 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 169.58 | 82,753.42 |
| 12/27/12 | {23} | Sherry Scripel | Settlement payment for December 2012 | 1241-000 | 1,000.00 | | 83,753.42 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 163.99 | 83,589.43 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033036088 20130103 | 9999-000 | | 83,589.43 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **84,867.14** | **84,867.14** | **$0.00** |
| Less: Bank Transfers | 0.00 | 83,589.43 | |
| **Subtotal** | **84,867.14** | **1,277.71** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$84,867.14** | **$1,277.71** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-33201 | **Trustee:** GLENN R. HEYMAN (330360) |
| **Case Name:** SCRIPEL, GREGORY WAYNE | **Bank Name:** Rabobank, N.A. |
| SCRIPEL, SHERRY | **Account:** ****756865 - Checking Account |
| **Taxpayer ID #:** **-***4325 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 08/15/13 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 83,589.43 | | 83,589.43 |
| 01/29/13 | {23} | Sherry Scripel | Settlement payment -January 2013 | 1241-000 | 1,000.00 | | 84,589.43 |
| 01/29/13 | {23} | Sherry Scripel | Settlement payment -Balance | 1241-000 | 3,500.00 | | 88,089.43 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 128.44 | 87,960.99 |
| 02/07/13 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #10-33201, Bond number 016026455 | 2300-000 | | 70.72 | 87,890.27 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.08 | 87,772.19 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 122.03 | 87,650.16 |
| 06/20/13 | 11003 | GLENN R. HEYMAN | Dividend 100.00% on $7,641.11, Trustee Compensation; Reference: | 2100-000 | | 7,641.11 | 80,009.05 |
| 06/20/13 | 11004 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $6,505.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 6,505.50 | 73,503.55 |
| 06/20/13 | 11005 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $119.54, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 119.54 | 73,384.01 |
| 06/20/13 | 11006 | Popowcer Katten, Ltd. | Dividend paid 100.00% on $1,008.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,008.00 | 72,376.01 |
| 06/20/13 | 11007 | Premier Credit Union | Dividend paid 100.00% on $17,682.73; Claim# 1; Filed: $17,682.73; Reference: | 7100-000 | | 17,682.73 | 54,693.28 |
| 06/20/13 | 11008 | Roundup Funding, LLC | Dividend paid 100.00% on $5,141.36; Claim# 2; Filed: $5,141.36; Reference: | 7100-000 | | 5,141.36 | 49,551.92 |
| 06/20/13 | 11009 | GE Money Bank | Dividend paid 100.00% on $844.40; Claim# 3; Filed: $844.40; Reference: | 7100-000 | | 844.40 | 48,707.52 |
| 06/20/13 | 11010 | GE Money Bank | Dividend paid 100.00% on $3,654.15; Claim# 4; Filed: $3,654.15; Reference: Voided on 06/20/13 | 7100-003 | | 3,654.15 | 45,053.37 |
| 06/20/13 | 11010 | GE Money Bank | Dividend paid 100.00% on $3,654.15; Claim# 4; Filed: $3,654.15; Reference: Voided: check issued on 06/20/13 | 7100-003 | | -3,654.15 | 48,707.52 |
| 06/20/13 | 11011 | Systems & Services Technologies, Inc. | Dividend paid 100.00% on $38,851.62; Claim# 5; Filed: $38,851.62; Reference: | 7100-000 | | 38,851.62 | 9,855.90 |
| 06/20/13 | 11012 | Premier Credit Union | Dividend paid 100.00% on $139.18; Claim# 1I; Interest on claim filed | 7990-000 | | 139.18 | 9,716.72 |
| 06/20/13 | 11013 | Roundup Funding, LLC | Dividend paid 100.00% on $40.47; Claim# 2I; Interest on claim filed | 7990-000 | | 40.47 | 9,676.25 |
| 06/20/13 | 11014 | GE Money Bank | Dividend paid 100.00% on $6.65; Claim# 3I; | 7990-000 | | 6.65 | 9,669.60 |

Subtotals :  $88,089.43  $78,419.83

{} Asset reference(s)                                                                                      Printed: 08/15/2013 11:58 AM   V.13.13

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-33201 | **Trustee:** GLENN R. HEYMAN (330360) |
| **Case Name:** SCRIPEL, GREGORY WAYNE | **Bank Name:** Rabobank, N.A. |
| SCRIPEL, SHERRY | **Account:** ****756865 - Checking Account |
| **Taxpayer ID #:** **-***4325 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 08/15/13 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Interest on claim filed | | | | |
| 06/20/13 | 11015 | GE Money Bank | Dividend paid 100.00% on $28.76; Claim# 4I;<br>Interest on claim filed<br>Voided on 06/20/13 | 7990-003 | | 28.76 | 9,640.84 |
| 06/20/13 | 11015 | GE Money Bank | Dividend paid 100.00% on $28.76; Claim# 4I;<br>Interest on claim filed<br>Voided: check issued on 06/20/13 | 7990-003 | | -28.76 | 9,669.60 |
| 06/20/13 | 11016 | Systems & Services Technologies,<br>Inc. | Dividend paid 100.00% on $305.79; Claim# 5I;<br>Interest on claim | 7990-000 | | 305.79 | 9,363.81 |
| 06/20/13 | 11017 | Gregory Wayne Scripel & Sherry<br>Scripel | Dividend paid 100.00% on $5,680.90; Claim#<br>SURPLUS; Filed: $5,680.90; Reference: | 8200-002 | | 5,680.90 | 3,682.91 |
| 06/20/13 | 11018 | Capital Recovery V, LLC | Dividend paid at 100 percent, claim no. 4;<br>account ending xxxx7519 | 7100-000 | | 3,654.15 | 28.76 |
| 06/20/13 | 11019 | Capital Recovery V, LLC | Interest paid on Claim no. 4; account ending<br>xxxx7519 | 7990-000 | | 28.76 | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 88,089.43 | 88,089.43 | $0.00 |
| Less: Bank Transfers | 83,589.43 | 0.00 | |
| **Subtotal** | 4,500.00 | 88,089.43 | |
| Less: Payments to Debtors | | 5,680.90 | |
| **NET Receipts / Disbursements** | $4,500.00 | $82,408.53 | |

| | |
|---|---|
| Net Receipts : | 89,367.14 |
| Plus Gross Adjustments : | 4,135.91 |
| Less Payments to Debtor : | 5,680.90 |
| Net Estate : | $87,822.15 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # 9200-******42-65** | 84,867.14 | 1,277.71 | 0.00 |
| **Checking # ****756865** | 4,500.00 | 82,408.53 | 0.00 |
| | $89,367.14 | $83,686.24 | $0.00 |

{} Asset reference(s)

Printed: 08/15/2013 11:58 AM    V.13.13